UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                        :

MARDONIO BAEZA, on behalf of himself and all other  :
persons similarly situated,

                                                     :

                        Plaintiff,          :        25-CV-08834 (JAV)

                                                     :

          -v-                        :          ORDER

                                                       :

EXPRESS MINI MARKET CORP. d/b/a EXPRESS  :
MINI MARKET DELI, et al.,

                                                   :

                        Defendants.       :

                                                   :
----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On October 24, 2025, Plaintiff Mardonio Baeza filed this action against Express Mini

Market Corp., d/b/a Express Mini Market Deli, et al., Andres Gimenez, Eduardo Cabral and

Johana Cabral (collectively, "Defendants").  ECF No. 1.  Defendant Express Mini Market

Corp.'s deadline to file a response to the Complaint was November 25, 2025.  ECF No. 5.

Defendants Andres Gimenez, Eduardo Cabral and Johana Cabral's deadline to file a response to

the Complaint was December 1, 2025.  ECF Nos. 6-8.  On January 13, 2026, Plaintiff filed a

Proposed Clerk's Certificate of Default.  ECF No. 11.  The Court issued an Order scheduling

Default Judgment briefing on January 14, 2026.  ECF No. 13.

On February 10, 2026, the Court received, by email, the attached correspondence from

Plaintiff's counsel ("Email") seeking "clarification regarding the form of the default judgment

supporting submissions."  The Court directs Plaintiff to file a motion for default judgment, in

accordance with Local Civil Rules 55.1 and 55.2 and Rule 5.M and Attachment A of this Court's

Individual Rules and Practices in Civil Cases, which govern default judgment motion practice

before this Court.

Counsel is also reminded that pursuant to Rule 3.A of this Court's Individual Rules and

Practices in Civil Cases, communications with Chambers shall be filed by letter on ECF.  Letters

seeking relief should be filed as letter motions on ECF, not ordinary letters and should conform

to the requirements set forth in Rules 3.A and 3.E of this Court's Individual Rules and Practices

in Civil Cases.

SO ORDERED.

Dated: February 11, 2026
       New York, New York

_____
        JEANNETTE A. VARGAS
        United States District Judge

2

**From:** Liubov Knyazeva
**To:** Vargas NYSD Chambers
**Cc:** Michael Samuel; Reena Forst
**Subject:** Baeza et al v. Express Mini Market Corp. et al - SDNY 1:25-cv-08834-JAV - Inquiry re. Form of Default Judgment Supporting Submissions
**Date:** Tuesday, February 10, 2026 3:08:00 PM

**CAUTION - EXTERNAL:**

Caption: Baeza et al v. Express Mini Market Corp. et al

Docket No.: 1:25-cv-08834-JAV

Dear Judge Vargas:

This firm represents Plaintiff in the above-referenced wage-and-hour action.

Pursuant to Your Honor's Order dated January 28, 2026 (ECF No. 17), Plaintiff is required to file a motion for default judgment by tomorrow, February 11, 2026.

We respectfully seek clarification regarding the form of the default judgment supporting submissions.

Specifically, in lieu of a separate memorandum of law being submitted, would the Court accept the filing of an Affirmation of Counsel, which incorporates the factual and legal basis for all of the relief sought?

We appreciate the Court's attention and courtesies as to this matter.

Thank you,

Liubov Knyazeva

The Samuel Law Firm

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.