UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                       :

MARDONIO BAEZA, on behalf of himself and all other  :
persons similarly situated.,                        :             25-CV-08834 (JAV)
                                       :

                    Plaintiff,       :            ORDER SCHEDULING
                                     :            DEFAULT JUDGMENT
         -v-                       :                 BRIEFING
                                     :

EXPRESS MINI MARKET CORP. d/b/a EXPRESS  :
MINI MARKET DELI, ANDRES GIMENEZ,        :
EDUARDO CABRAL, AND JOHANA CABRAL,        :
                                     :

                    Defendants.       :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On February 11, 2026, Plaintiff filed a motion for a default judgment as to Defendant Express Mini Market Corp. d/b/a Express Mini Market Deli ("Defaulting Defendant") under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 19. Plaintiff is seeking default judgment only against the Defaulting Defendant and not against defendants Andres Gimenez, Eduardo Cabral, and Johana Cabral ("Individual Defendants"). ECF No. 21 ("Pl. Mem. of Law") at 2. On February 17, 2026, a Notice of Appearance was filed by Louis F. Chisari, of the law firm Marcote & Associates, P.C., on behalf of the Defaulting and Individual Defendants. ECF No. 24.

A default judgment is a legal ruling that ends the litigation in favor of a plaintiff as a result of a defendant's failure to respond to a complaint. Should Plaintiffs obtain a default judgment, the Court could grant Plaintiffs some or all of the relief requested in the Complaint. Defendants could even be determined to be liable to pay money damages to Plaintiff. If Defendants do not participate in the lawsuit now, they would likely waive their right to raise factual or legal defenses that they may have to Plaintiffs' claims.

If Defendants wish to oppose the motion for a default judgment, they must submit opposition papers by **March 24, 2026,** or seek an extension of time by which to submit such papers.  Defaulting Defendant is cautioned that corporate entities may appear in federal court only through licensed counsel, *see Lattanzio v. COMTA*, 481 F.3d 137, 140 (2d Cir. 2007), and where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it," *Grace v. Bank Leumi Tr. Co. of N.Y.*, 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that, **within one business day of the date of this Order,** Plaintiffs serve Defendants via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order.  Within **two business days of service,** Plaintiffs must file proof of such service on the docket.

SO ORDERED.

Dated: February 24, 2026
        New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2