UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                       :

MARDONIO BAEZA,                          :

                        Plaintiff,          :                25-CV-8834 (JAV)

              -v-                    :                <u>ORDER</u>

EXPRESS MINI MARKET CORP., et al.,    :

                   Defendants.     :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      On January 15, 2026, the Clerk of Court entered a Certificate of Default in the above-captioned case as to all Defendants.  ECF No. 14.  Plaintiff subsequently filed a motion for default judgment.  ECF No. 19.  Defendants have since appeared in this case and filed an opposition to the motion for default and a motion to file a late Answer.  ECF No. 28.  On April 13, 2026, Plaintiff filed a letter withdrawing its motion for a default judgment and consenting to the vacatur of the Certificate of Default.

      The Court finds good cause under Rule 55(c) to vacate the certificate of default.  *See Commissions Imp. Exp. S.A. v. Republic of the Congo*, No. 19 MISC. 195 (KPF), 2020 WL 13560108, at *1 (S.D.N.Y. May 11, 2020).

      The Clerk of Court is directed to vacate the Certificate of Default.  Additionally, the Clerk of Court is directed to terminate ECF No. 19.  Defendants shall have until April 20, 2026, to file a response to the Complaint.

      SO ORDERED.

Dated: April 13, 2026
       New York, New York                      _____
                                     JEANNETTE A. VARGAS
                                     United States District Judge